UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CLAYVON CURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADULT CORRECTIONAL HEALTH, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-1170 AC P<br><br><br>ORDER |

　　　Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF Nos. 1, 2.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1. Plaintiff shall submit, within thirty days from the date of this order, a completed

////

1

affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner, and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 22, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2