UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CLAYVON CURRY,<br><br>    Plaintiff,<br><br>    v.<br><br>ADULT CORRECTIONAL HEALTH, et al.,<br><br>    Defendants. | No. 2:23-cv-01170 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    On June 23, 2023, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and he was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. On July 5, 2023, the court's order was returned to the court as undeliverable.

    Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a District Judge to this case.

////

////

1

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  September 12, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE