UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CLAYVON CURRY, | No. 2:23-cv-01170 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ADULT CORRECTIONAL HEALTH, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2023, plaintiff was ordered to file a properly completed in forma pauperis application and a prisoner trust fund account statement, because the first one he had filed was deficient. ECF Nos. 2, 4 (IFP application docketed 6/20/23; court order, respectively). He was given thirty days to do so. ECF No. 4 at 2. Plaintiff neither filed the required documents nor responded to the court's order in any way. As a result, on September 12, 2023, the court recommended that this matter be dismissed for failure to prosecute. ECF No. 6.

On September 18, 2023, plaintiff filed a second application to proceed in forma pauperis. ECF No. 7. It is deficient because once again, the certificate portion of the application is

1

incomplete. In addition, plaintiff has again failed to file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

In light of plaintiff's attempt to comply with the June 2023 order, it appears that he still wishes to prosecute this case. Accordingly, the undersigned will vacate the pending findings and recommendations order. In addition, plaintiff will be provided a ***final*** opportunity to submit the proper documents.

For the reasons explained above, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff a second Application to Proceed In Forma Pauperis By a Prisoner;

2. Plaintiff's second application to proceed in forma pauperis (ECF No. 7), is DENIED as incomplete;

3. The findings and recommendations issued September 12, 2023 (ECF No. 6), are VACATED; and

4. Within thirty days from the date of this order, plaintiff shall file a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

**Plaintiff is cautioned that absent exigent circumstances, failure to comply with this order within the time allotted will result in a recommendation that this action be dismissed without prejudice.**

DATED: September 21, 2023

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE