UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CLAYVON CURRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADULT CORRECTIONAL HEALTH, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-1170 DC AC P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　By order filed October 3, 2024, plaintiff's complaint was dismissed and he was granted thirty days leave to file an amended complaint.  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

////

1

failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 18, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE