UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CLAYVON CURRY,<br><br>Plaintiff,<br><br>v.<br><br>ADULT CORRECTIONAL HEALTH, et al.,<br><br>Defendants. | No.  2:23-cv-01170-DC-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 20) |

Plaintiff Carl Clayvon Curry is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order. (Doc. No. 20.) Specifically, Plaintiff has failed to comply with the court's order dated October 3, 2024, in which Plaintiff's complaint was dismissed and Plaintiff was directed to file a first amended complaint within thirty (30) days. (Doc. No. 16.) Plaintiff did not thereafter file a first amended complaint or otherwise communicate with the court.

Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 20 at 1.)

1

To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 19, 2024 (Doc. No. 20) are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 13, 2025**

Dena Coggins
United States District Judge